UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Re:

JUSTINO MALDONADO

Debtor(s)

Case No. 07-11636-AJC

Chapter 7

## NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( x )  The trustee has a balance of $ 64.22 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )  The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: April 21, 2011

Trustee
DREW M. DILLWORTH

Copies to:
Debtor (at last current address)
Attorney for Debtor
U.S. trustee
Attachment

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Re:                                                    Case No. 07-11636-AJC

JUSTINO MALDONADO                                      Chapter 7
                    Debtor(s)

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

| CLAIM NUMBER | CLAIMANT | AMOUNT |
| --- | --- | --- |
| 000007 | First National Bank of Omaha<br>1620 Dodge St.<br>Stop Code 3105<br>Omaha, NE 68197 | $64.22 |
| | | |